Lauterbach & Johnson (Henry L. Scheuerman, of counsel), for appellant. J. Culbert Palmer and Rufus M. Williams, for respondent.

DYKMAN, J. It does not appear in this case that any erroneous principle was adopted by the commissioners in making their award, or that any allowance was made for noise. It is not usual for an appellate court to interfere with awards of commissioners upon the question of damages merely, and we find no reason for such interference in this case. The order should be affirmed, with $10 costs and disbursements.

In re BROOKLYN EL. R. CO. (Supreme Court, General Term, Second Department. December 10, 1894.) Petition by the Brooklyn Elevated Railroad Company relative to acquiring title to right of way over real estate of Eliza A. Douglass (parcel 138) on Lexington avenue, in the city of Brooklyn. Headly, Lauterbach & Johnson (Henry L. Scheuerman, of counsel), for appellant. J. Culbert Palmer and Rufus M. Williams, for respondent.

DYKMAN, J. It does not appear in this case that any erroneous principle of law was adopted by the commissioners in making their award, or that any allowance was made for noise. It is not usual for an appellate court to interfere with awards of commissioners upon the question of damages merely, and we find no reason for such interference in this case. The order should be affirmed, with $10 costs and disbursements.

BROWN, Respondent, v. DEANE et al., Appellants. (Supreme Court, General Term, Second Department. December 10, 1894.) Action by Mamie Brown against Royal E. Deane and George G. Brooks. George H. Pettit, for appellants. Herbert T. Ketcham, for respondent.

CULLEN, J. I recommend affirmance without opinion on the authority of Rutherford v. Town of Madrid, 77 Hun, 545, 28 N. Y. Supp. 923.

BYRNES, Respondent, v. LEWIS, Appellant. (Supreme Court, General Term, Fifth Department. December 27, 1894.) Action by Patrick V. Byrnes against Juliette S. Lewis. No opinion. Order modified by striking out all except the third provision thereof, and, as so modified, affirmed, without costs of this appeal to either party. See Byrnes v. Lewis (Sup.) 31 N. Y. Supp. 1028.

BYRNES, Respondent, v. LEWIS, Appellant. (Supreme Court, General Term, Fifth Department. December 27, 1894.) Action by Patrick V. Byrnes against M. Fannie Lewis. No opinion. Order reversed, and motion denied, with $10 costs and disbursements. See Byrnes v. Lewis (Sup.) 31 N. Y. Supp. 1028.

BYRNES, Respondent, v. LEWIS, Appellant. (Supreme Court, General Term, Fifth Department. December 27, 1894.) Action by Patrick V. Byrnes against Nellie Lewis. No opinion. Order modified by striking out the second provision thereof, and as so modified affirmed, without costs of this appeal to either party. See Byrnes v. Lewis (Sup.) 31 N. Y. Supp. 1028.

CAGGER et al., Respondents, v. SHULTES et al., Appellants. (Supreme Court, General Term, Third Department. December 4, 1894.) Action by Elizabeth F. Cagger and others against Rhoda Shultes and others. No opinion. Order modified, and as modified affirmed, without costs to either party. See Cagger v. Shultes (Sup.) 31 N. Y. Supp. 250, argued with this case.

CANADIAN AGRICULTURAL COAL & COLONIZATION CO., Limited, Respondent, v. SPOFFORD, Appellant. (Supreme Court, General Term, First Department. December 14, 1894.) Action by Canadian Agricultural Coal & Colonization Company, Limited, against Joseph L. Spofford. H. W. Hardon, for appellant. E. T. Rice, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 26 N. Y. Supp. 1117; 29 N. Y. Supp. 1142.

CANANT, Respondent, v. PACKER, Appellant. (Superior Court of Buffalo, General Term. July, 1894.) Action by Helen D. Canant against Hattie B. Packer. No opinion. Judgment appealed from affirmed, with costs.

CARLSON, Appellant, v. WINTERSON, Respondent. (Common Pleas of New York City and County, General Term. December 3, 1894.) Action by Louise Carlson against Maria L. Winterson. Motions for reargument of appeal from order of the city court directing restitution. See opinion 7 Misc. Rep. 15, 27 N. Y. Supp. 368. No opinion. Motion granted, without costs. See Hayes v. Nourse (Com. Pl. N. Y.) 7 N. Y. Supp. 656, 11 N. Y. Supp. 825; notes to 24 Abb. N. C. 162, 239.

CLOSE, Respondent, v. MINARD, Appellant. (Superior Court of Buffalo, General Term. July, 1894.) Action by Charles J. Close against Dayton A. Minard. No opinion. Judgment appealed from affirmed, with costs.

In re CLOVER. ZIMMERMAN, Appellant, v. MILLER, Respondent. (Supreme Court, General Term, Fourth Department. September, 1894.) Final accounting of John Clover, as assignee of Miller & Allen. No opinion. So much of the decree as is appealed from affirmed, without costs to either party. Merwin, J., not voting. Held, that no exception is presented by the appeal book which would justify a reversal.

COHN v. KELLOGG et al. (Supreme Court, General Term, First Department. December 14, 1894.) Action by Isaac K. Cohn, as executor, against Frederick H. Kellogg and others. No opinion. No notice of motion or order to show cause has been submitted. See 29 N. Y. Supp. 1145.

COWEN et al. v. RINALDO et al. (Supreme Court, General Term, First Department. January 18, 1895.) Action by Newman Cowen and others against Samuel Rinaldo and others. No opinion. Motion for extra allowance granted as follows: To Goldfogle & Cohn, attorneys for defendant Samuel Rinaldo, $250; to Strong & Cadwalader, attorneys for defendants Hyman Rinaldo and others, $875; to Wilson & Wallis, attorneys for defendant David Rinaldo, $875. See 28 N. Y. Supp. 369; 31 N. Y. Supp. 554.

C. & C. ELECTRIC CO., Appellant, v. WENDT et al., Respondents. (Supreme Court, General Term, First Department. January 18, 1895.) Action by the C. & C. Electric Company against William F. Wendt and others. No opinion. Order affirmed, with $10 costs and disbursements.

DARLING, Respondent, v. WATERSON, Appellant. (Supreme Court, General Term, Fourth Department. September, 1894.) Action by John D. W. Darling against William Waterson. No opinion. Order reversed, with $10 costs and disbursements. Motion denied, with $10 costs.

DEAN, Respondent, v. CITY OF NIAGARA FALLS, Appellant. (Supreme Court, General Term, Fifth Department. December 27, 1894.) Action by Olney Dean against the city of Niagara Falls. No opinion. Judgment appealed from affirmed.

DEAN et al., Respondents, v. COLLIGNON, Appellant. (Supreme Court, General Term, First Department. January 18, 1895.) Action by Robert J. Dean and others against August M. Collignon. R. W. Todd, for appellant. L. E. Warner, for respondents. No opinion. Judgment affirmed, with costs.